UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
DEC -4 2025 12:54 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN RAMIREZ MARTINEZ,<br><br>Defendant. | CASE NO. 2:25-CR-197<br><br>JUDGE Judge Sargus<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(vi) |

THE GRAND JURY CHARGES:

COUNT ONE
(Distribution of 40 Grams or More of Fentanyl)

On or about June 6, 2025, in the Southern District of Ohio, the defendant, **DUSTIN RAMIREZ MARTINEZ,** did knowingly, intentionally and unlawfully distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi).

A TRUE BILL.

s/
_____
FOREPERSON

DOMINICK S. GERACE II
United States Attorney

_____
KEVIN W. KELLEY
Assistant U.S. Attorney